**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **GULF COAST ASPHALT COMPANY, LLC, and LEXINGTON INSURANCE COMPANY, as subrogee of GULF COAST ASPHALT COMPANY, LLC,** | ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **vs.** | ) | **CIVIL ACTION NO. 13-0396-CG-B** |
| | ) | |
| **COSCO SOUTHERN ASPHALT SHIPPING COMPANY, LTD, <u>in personam</u>; CHINA OCEAN SHIPPING AMERICAS, INC., <u>in personam</u>; and M/V YA LONG WAN and its crew owner and operator, <u>in rem</u>,** | ) ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

## ORDER

This cause is before the court on the plaintiffs' Motion to Dismiss with Prejudice (Doc. 23).

Upon due consideration, and as no answer or motion for summary judgment has been filed, the motion is **GRANTED**.

It is hereby **ORDERED** that all claims against all defendants in this action are **DISMISSED with prejudice** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 7th day of January, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE